No. 64931.—E. D. Magnus & Associates, Inc. v. United States, protests 58/25452–10422 and 58/25453–10423 (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of photoflash lamps the same in all material respects as those the subject of Abstract 64250, the claim of the plaintiff was sustained.